United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3592WA

_____

United States of America,        *

                                  *

           Appellee,     *

                                  *

   v.                   *

                                  *

Antoine L. Perkins,       *

                                  *

           Appellant.   *

                                       Appeals from the United States
                                       District Court for the Western
          _____             District of Arkansas.

          No. 97-3623WA

          _____            [UNPUBLISHED]

United States of America,        *

                                  *

           Appellee,     *

                                  *

Charles Matthew Newsome, also known *
as Rossevelt Pettus,       *

                                  *

           Appellant.   *

              _____

        Submitted:  February 24, 1998
           Filed:  March 3, 1998

             _____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

             _____

PER CURIAM.

Antoine L. Perkins and Charles Matthew Newsome contend the district court improperly refused to dismiss their indictments for violations of the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 (1994). Perkins and Newsome were indicted with two codefendants for the armed robbery of a pharmacy containing a postal service counter and neither was released on bond between indictment and trial. Aside from excludable delays for various pretrial motions, Perkins and Newsome contend their trials were unreasonably delayed by a codefendant's interlocutory appeal. We disagree and affirm.

In a case involving multiple defendants, an exclusion applicable to one defendant applies to all defendants, see United States v. Fogarty, 692 F.2d 542, 546 (8th Cir. 1982), if the excludable delay is reasonable, see United States v. Lewis, 759 F.2d 1316, 1351 (8th Cir. 1985). The reasonableness of the delay is "not one of mathematical calculation," but depends on the facts of each case. See United States v. Mobile Materials, Inc., 871 F.2d 902, 917 (10th Cir.1989) (per curiam). Having reviewed the record and the parties' briefs, we conclude the delay occasioned by the interlocutory appeal did not violate Perkins's and Newsome's speedy-trial rights. We thus affirm their convictions. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-